**Order entered August 4, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01443-CV

## IN RE BRUNO KUBLER, IN HIS CAPACITY AS INSOLVENCY ADMINISTRATOR OF THIELERT AIRCRAFT ENGINES GMBH, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09151**

## ORDER
Before Justices Myers, Evans, and Schenck

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial court to issue a written order(s) within fifteen (15) days of the date of this order vacating the trial court's December 2, 2016 order denying relator's motion to dismiss intervenor's claims and motion to strike intervenor's claims, granting relator's motion to dismiss intervenor's claims, and dismissing intervenor's claims. We further **ORDER** the trial court to file with this Court, within thirty (30) days of the date of this order, a certified copy of its order(s) issued in compliance with this order and with the Court's opinion of this date. Should the trial court fail to comply with this order, the writ will issue.

We **ORDER** real party in interest Technify Motors GmbH to bear the costs, if any, of this original proceeding.

/s/　DAVID J. SCHENCK
JUSTICE